GRANITE SPRINGS ESTATES, INC., Appellant, v. LESTER B. FLEWELLIN et al., Respondents.

*Appeal — failure to serve brief.*

*Granite Springs Estates, Inc.,* v. *Flewellin,* 207 App. Div. 832, appeal dismissed.

(Submitted January 19, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal as to respondent Lester B. Flewellin from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 21, 1923, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that appellant had failed to serve its brief.

*Frederick P. Close* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

FLORENCE B. SYMONDS, Respondent, v. WILLIAM J. HURLBUT, Appellant.

*Appeal — failure to serve brief.*

*Symonds* v. *Hurlbut,* 208 App. Div. 147, appeal dismissed.

(Submitted January 19, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal from a judgment, entered February 21, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant, entered upon a dismissal of the complaint by the court at a Trial Term and directing judgment in favor of plaintiff.

The motion was made upon the ground that appellant had failed to serve his brief.

*Isham Henderson* for motion.

*Harry Saks Hechheimer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless within ten days appellant files and serves brief and pays ten dollars costs of this motion to respondent, in which case motion is denied.